# Supreme Court of Florida

_____

No. SC21-1174

_____

**IN RE:  AMENDMENTS TO FLORIDA FAMILY LAW RULES OF PROCEDURE—FORM 12.902(e).**

January 13, 2022

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to Florida Family Law Rule of Procedure Form 12.902(e) (Child Support Guidelines Worksheet).  *See* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).  We have jurisdiction.  *See* art. V, § 2(a), Fla. Const.

The Florida Bar's Family Law Rules Committee (Committee) filed a report proposing amendments to form 12.902(e).  The Committee and the Board of Governors of The Florida Bar approved the proposed amendments.  The Committee published its proposal for comment prior to filing it with the Court and received one comment in support of the proposed amendments.  After the Committee filed its report, the Court published the proposal for

comment. One comment was received in support of the proposed amendments, and the Committee filed a response.

Having considered the proposed amendments, the comment, and the Committee's response, the Court hereby amends Florida Family Law Rule of Procedure Form 12.902(e) (Child Support Guidelines Worksheet) as proposed by the Committee, with a minor modification.

First, a sentence is added to the instructions for form 12.902(e) providing that if the parties' combined monthly net income is not listed on the Child Support Guidelines Chart, child support is to be calculated as provided by law. However, we modify the sentence to specifically reference section 61.30(6), Florida Statutes (Child support guidelines; retroactive child support), which explains how to calculate the child support amount if the obligor parent's net income is less than the amount in the guidelines schedule or if the parties' combined monthly net income is greater than the amount in the guidelines schedule.

Additionally, throughout the form's instructions, references to the Rules of Judicial Administration are amended to reflect the updated name, the Rules of General Practice and Judicial

- 2 -

Administration.  *See In re Amends. to Fla. Rules of Jud. Admin.—2020 Regular-Cycle Report*, 310 So. 3d 374 (Fla. 2021).

Accordingly, Form 12.902(e) is hereby amended as set forth in the appendix to this opinion.  The form is fully engrossed and ready for use.  The form may also be accessed and downloaded from the Florida State Courts' website at https://www.flcourts.org/Resources-Services/Court-Improvement/Family-Courts/Family-Law-Self-Help-Information/Family-Law-Forms.  The amendments shall become effective April 1, 2022, at 12:01 a.m.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Family Law Rules of Procedure

Ashley Elizabeth Taylor, Chair, Family Law Rules Committee, Tampa, Florida, Joshua E. Doyle, Executive Director, and Mikalla Andies Davis, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

Heather L. Apicella, Chair, Family Law Section of The Florida Bar, Boca Raton, Florida, Kristin R.H. Kirkner, Co-Chair, Rules and Forms Committee, Family Law Section of The Florida Bar, Tampa,

Florida, and Jack A. Moring, Co-Chair, Rules and Forms Committee, Family Law Section of The Florida Bar, Crystal River, Florida,

Responding with comments

# APPENDIX

## INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.902(e)
## CHILD SUPPORT GUIDELINES WORKSHEET (04/22)

### When should this form be used?

You should complete this worksheet if **child support** is being requested in your case. If you know the income of the other **party**, this worksheet should accompany your **financial affidavit**. If you do not know the other party's income, this form must be completed after the other party files his or her financial affidavit, and **serves** a copy on you.

This form should be typed or printed in black ink. You should file this document with the **clerk of the circuit court** in the county where your case is filed and keep a copy for your records.

### What should I do next?

A copy of this form must be filed with the court and served on the other party or his or her attorney. The copy you are serving to the other party must be either mailed, emailed, or hand-delivered to the opposing party or his or her attorney on the same day indicated on the certificate of service. If it is mailed, it must be postmarked on the date indicated in the certificate of service. **Service** must be in accordance with Florida Rule of General Practice and Judicial Administration 2.516.

### IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of General Practice and Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of General Practice and Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. The rules and procedures should be carefully read and followed.

### IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of General Practice and Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Florida Rules of General Practice and Judicial Administration**. If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you must review Florida Rule of General Practice and Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of General

Practice and Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by email, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the **Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General), Florida Supreme Court Approved Family Law Form 12.914; Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of General Practice and Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** The words that are in **"bold underline"** in these instructions are defined there. For further information, see section 61.30, Florida Statutes.

## Special notes. . .

If you want to keep your address confidential because you have been found by a judge to be the victim of sexual battery, aggravated child abuse, aggravated stalking, harassment, aggravated battery or domestic violence, do not enter the address, telephone, and fax information at the bottom of this form. Instead, file **Request for Confidential Filing of Address**, Florida Supreme Court Approved Family Law Form 12.980(h).

The chart below contains the guideline amounts that you should use when calculating child support. This amount is based on the number of children and the combined income of the parents, and it is divided between the parents in direct proportion to their income or earning capacity. From time to time, some of the amounts in the child support guidelines chart will change. Be sure you have the most recent version of the chart before using it.

If the parties' combined monthly net income is not listed on the below chart, then calculate child support as provided by law in section 61.30(6), Florida Statutes.

Because the guidelines are based on monthly amounts, it may be necessary to convert some income and expense figures from other frequencies to monthly. You should do this as follows:

| | | | | | |
|---|---|---|---|---|---|
| **If payment is twice per month** | Payment amount | x | 2 | = | **Monthly amount** |
| **If payment is every two weeks** | Payment amount | x | 26 | = | Yearly amount due |
| | Yearly amount | ÷ | 12 | = | **Monthly amount** |

| **If payment is weekly** | Weekly amount | x | 52 | = | Yearly amount due |
|---|---|---|---|---|---|
| | Yearly amount | ÷ | 12 | = | **Monthly amount** |

If you or the other parent request that the court award an amount that is different than the guideline amount, you must also complete and attach a **Motion to Deviate from Child Support Guidelines**, Florida Supreme Court Approved Family Law Form 12.943.

Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

# CHILD SUPPORT GUIDELINES CHART

| Combined Monthly Available Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
|---|---|---|---|---|---|---|
| 800.00 | 190 | 211 | 213 | 216 | 218 | 220 |
| 850.00 | 202 | 257 | 259 | 262 | 265 | 268 |
| 900.00 | 213 | 302 | 305 | 309 | 312 | 315 |
| 950.00 | 224 | 347 | 351 | 355 | 359 | 363 |
| 1000.00 | 235 | 365 | 397 | 402 | 406 | 410 |
| 1050.00 | 246 | 382 | 443 | 448 | 453 | 458 |
| 1100.00 | 258 | 400 | 489 | 495 | 500 | 505 |
| 1150.00 | 269 | 417 | 522 | 541 | 547 | 553 |
| 1200.00 | 280 | 435 | 544 | 588 | 594 | 600 |
| 1250.00 | 290 | 451 | 565 | 634 | 641 | 648 |
| 1300.00 | 300 | 467 | 584 | 659 | 688 | 695 |
| 1350.00 | 310 | 482 | 603 | 681 | 735 | 743 |
| 1400.00 | 320 | 498 | 623 | 702 | 765 | 790 |
| 1450.00 | 330 | 513 | 642 | 724 | 789 | 838 |
| 1500.00 | 340 | 529 | 662 | 746 | 813 | 869 |
| 1550.00 | 350 | 544 | 681 | 768 | 836 | 895 |
| 1600.00 | 360 | 560 | 701 | 790 | 860 | 920 |
| 1650.00 | 370 | 575 | 720 | 812 | 884 | 945 |
| 1700.00 | 380 | 591 | 740 | 833 | 907 | 971 |
| 1750.00 | 390 | 606 | 759 | 855 | 931 | 996 |
| 1800.00 | 400 | 622 | 779 | 877 | 955 | 1022 |
| 1850.00 | 410 | 638 | 798 | 900 | 979 | 1048 |
| 1900.00 | 421 | 654 | 818 | 923 | 1004 | 1074 |
| 1950.00 | 431 | 670 | 839 | 946 | 1029 | 1101 |
| 2000.00 | 442 | 686 | 859 | 968 | 1054 | 1128 |
| 2050.00 | 452 | 702 | 879 | 991 | 1079 | 1154 |
| 2100.00 | 463 | 718 | 899 | 1014 | 1104 | 1181 |
| 2150.00 | 473 | 734 | 919 | 1037 | 1129 | 1207 |
| 2200.00 | 484 | 751 | 940 | 1060 | 1154 | 1234 |
| 2250.00 | 494 | 767 | 960 | 1082 | 1179 | 1261 |
| 2300.00 | 505 | 783 | 980 | 1105 | 1204 | 1287 |
| 2350.00 | 515 | 799 | 1000 | 1128 | 1229 | 1314 |
| 2400.00 | 526 | 815 | 1020 | 1151 | 1254 | 1340 |
| 2450.00 | 536 | 831 | 1041 | 1174 | 1279 | 1367 |
| 2500.00 | 547 | 847 | 1061 | 1196 | 1304 | 1394 |
| 2550.00 | 557 | 864 | 1081 | 1219 | 1329 | 1420 |
| 2600.00 | 568 | 880 | 1101 | 1242 | 1354 | 1447 |
| 2650.00 | 578 | 896 | 1121 | 1265 | 1379 | 1473 |
| 2700.00 | 588 | 912 | 1141 | 1287 | 1403 | 1500 |
| 2750.00 | 597 | 927 | 1160 | 1308 | 1426 | 1524 |
| 2800.00 | 607 | 941 | 1178 | 1328 | 1448 | 1549 |

| Combined Monthly Available Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
|---|---|---|---|---|---|---|
| 2850.00 | 616 | 956 | 1197 | 1349 | 1471 | 1573 |
| 2900.00 | 626 | 971 | 1215 | 1370 | 1494 | 1598 |
| 2950.00 | 635 | 986 | 1234 | 1391 | 1517 | 1622 |
| 3000.00 | 644 | 1001 | 1252 | 1412 | 1540 | 1647 |
| 3050.00 | 654 | 1016 | 1271 | 1433 | 1563 | 1671 |
| 3100.00 | 663 | 1031 | 1289 | 1453 | 1586 | 1695 |
| 3150.00 | 673 | 1045 | 1308 | 1474 | 1608 | 1720 |
| 3200.00 | 682 | 1060 | 1327 | 1495 | 1631 | 1744 |
| 3250.00 | 691 | 1075 | 1345 | 1516 | 1654 | 1769 |
| 3300.00 | 701 | 1090 | 1364 | 1537 | 1677 | 1793 |
| 3350.00 | 710 | 1105 | 1382 | 1558 | 1700 | 1818 |
| 3400.00 | 720 | 1120 | 1401 | 1579 | 1723 | 1842 |
| 3450.00 | 729 | 1135 | 1419 | 1599 | 1745 | 1867 |
| 3500.00 | 738 | 1149 | 1438 | 1620 | 1768 | 1891 |
| 3550.00 | 748 | 1164 | 1456 | 1641 | 1791 | 1915 |
| 3600.00 | 757 | 1179 | 1475 | 1662 | 1814 | 1940 |
| 3650.00 | 767 | 1194 | 1493 | 1683 | 1837 | 1964 |
| 3700.00 | 776 | 1208 | 1503 | 1702 | 1857 | 1987 |
| 3750.00 | 784 | 1221 | 1520 | 1721 | 1878 | 2009 |
| 3800.00 | 793 | 1234 | 1536 | 1740 | 1899 | 2031 |
| 3850.00 | 802 | 1248 | 1553 | 1759 | 1920 | 2053 |
| 3900.00 | 811 | 1261 | 1570 | 1778 | 1940 | 2075 |
| 3950.00 | 819 | 1275 | 1587 | 1797 | 1961 | 2097 |
| 4000.00 | 828 | 1288 | 1603 | 1816 | 1982 | 2119 |
| 4050.00 | 837 | 1302 | 1620 | 1835 | 2002 | 2141 |
| 4100.00 | 846 | 1315 | 1637 | 1854 | 2023 | 2163 |
| 4150.00 | 854 | 1329 | 1654 | 1873 | 2044 | 2185 |
| 4200.00 | 863 | 1342 | 1670 | 1892 | 2064 | 2207 |
| 4250.00 | 872 | 1355 | 1687 | 1911 | 2085 | 2229 |
| 4300.00 | 881 | 1369 | 1704 | 1930 | 2106 | 2251 |
| 4350.00 | 889 | 1382 | 1721 | 1949 | 2127 | 2273 |
| 4400.00 | 898 | 1396 | 1737 | 1968 | 2147 | 2295 |
| 4450.00 | 907 | 1409 | 1754 | 1987 | 2168 | 2317 |
| 4500.00 | 916 | 1423 | 1771 | 2006 | 2189 | 2339 |
| 4550.00 | 924 | 1436 | 1788 | 2024 | 2209 | 2361 |
| 4600.00 | 933 | 1450 | 1804 | 2043 | 2230 | 2384 |
| 4650.00 | 942 | 1463 | 1821 | 2062 | 2251 | 2406 |
| 4700.00 | 951 | 1477 | 1838 | 2081 | 2271 | 2428 |
| 4750.00 | 959 | 1490 | 1855 | 2100 | 2292 | 2450 |
| 4800.00 | 968 | 1503 | 1871 | 2119 | 2313 | 2472 |
| 4850.00 | 977 | 1517 | 1888 | 2138 | 2334 | 2494 |
| 4900.00 | 986 | 1530 | 1905 | 2157 | 2354 | 2516 |
| 4950.00 | 993 | 1542 | 1927 | 2174 | 2372 | 2535 |

| Combined Monthly Available Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
|---|---|---|---|---|---|---|
| 5000.00 | 1000 | 1551 | 1939 | 2188 | 2387 | 2551 |
| 5050.00 | 1006 | 1561 | 1952 | 2202 | 2402 | 2567 |
| 5100.00 | 1013 | 1571 | 1964 | 2215 | 2417 | 2583 |
| 5150.00 | 1019 | 1580 | 1976 | 2229 | 2432 | 2599 |
| 5200.00 | 1025 | 1590 | 1988 | 2243 | 2447 | 2615 |
| 5250.00 | 1032 | 1599 | 2000 | 2256 | 2462 | 2631 |
| 5300.00 | 1038 | 1609 | 2012 | 2270 | 2477 | 2647 |
| 5350.00 | 1045 | 1619 | 2024 | 2283 | 2492 | 2663 |
| 5400.00 | 1051 | 1628 | 2037 | 2297 | 2507 | 2679 |
| 5450.00 | 1057 | 1638 | 2049 | 2311 | 2522 | 2695 |
| 5500.00 | 1064 | 1647 | 2061 | 2324 | 2537 | 2711 |
| 5550.00 | 1070 | 1657 | 2073 | 2338 | 2552 | 2727 |
| 5600.00 | 1077 | 1667 | 2085 | 2352 | 2567 | 2743 |
| 5650.00 | 1083 | 1676 | 2097 | 2365 | 2582 | 2759 |
| 5700.00 | 1089 | 1686 | 2109 | 2379 | 2597 | 2775 |
| 5750.00 | 1096 | 1695 | 2122 | 2393 | 2612 | 2791 |
| 5800.00 | 1102 | 1705 | 2134 | 2406 | 2627 | 2807 |
| 5850.00 | 1107 | 1713 | 2144 | 2418 | 2639 | 2820 |
| 5900.00 | 1111 | 1721 | 2155 | 2429 | 2651 | 2833 |
| 5950.00 | 1116 | 1729 | 2165 | 2440 | 2663 | 2847 |
| 6000.00 | 1121 | 1737 | 2175 | 2451 | 2676 | 2860 |
| 6050.00 | 1126 | 1746 | 2185 | 2462 | 2688 | 2874 |
| 6100.00 | 1131 | 1754 | 2196 | 2473 | 2700 | 2887 |
| 6150.00 | 1136 | 1762 | 2206 | 2484 | 2712 | 2900 |
| 6200.00 | 1141 | 1770 | 2216 | 2495 | 2724 | 2914 |
| 6250.00 | 1145 | 1778 | 2227 | 2506 | 2737 | 2927 |
| 6300.00 | 1150 | 1786 | 2237 | 2517 | 2749 | 2941 |
| 6350.00 | 1155 | 1795 | 2247 | 2529 | 2761 | 2954 |
| 6400.00 | 1160 | 1803 | 2258 | 2540 | 2773 | 2967 |
| 6450.00 | 1165 | 1811 | 2268 | 2551 | 2785 | 2981 |
| 6500.00 | 1170 | 1819 | 2278 | 2562 | 2798 | 2994 |
| 6550.00 | 1175 | 1827 | 2288 | 2573 | 2810 | 3008 |
| 6600.00 | 1179 | 1835 | 2299 | 2584 | 2822 | 3021 |
| 6650.00 | 1184 | 1843 | 2309 | 2595 | 2834 | 3034 |
| 6700.00 | 1189 | 1850 | 2317 | 2604 | 2845 | 3045 |
| 6750.00 | 1193 | 1856 | 2325 | 2613 | 2854 | 3055 |
| 6800.00 | 1196 | 1862 | 2332 | 2621 | 2863 | 3064 |
| 6850.00 | 1200 | 1868 | 2340 | 2630 | 2872 | 3074 |
| 6900.00 | 1204 | 1873 | 2347 | 2639 | 2882 | 3084 |
| 6950.00 | 1208 | 1879 | 2355 | 2647 | 2891 | 3094 |
| 7000.00 | 1212 | 1885 | 2362 | 2656 | 2900 | 3103 |
| 7050.00 | 1216 | 1891 | 2370 | 2664 | 2909 | 3113 |
| 7100.00 | 1220 | 1897 | 2378 | 2673 | 2919 | 3123 |

| Combined Monthly Available Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
|---|---|---|---|---|---|---|
| 7150.00 | 1224 | 1903 | 2385 | 2681 | 2928 | 3133 |
| 7200.00 | 1228 | 1909 | 2393 | 2690 | 2937 | 3142 |
| 7250.00 | 1232 | 1915 | 2400 | 2698 | 2946 | 3152 |
| 7300.00 | 1235 | 1921 | 2408 | 2707 | 2956 | 3162 |
| 7350.00 | 1239 | 1927 | 2415 | 2716 | 2965 | 3172 |
| 7400.00 | 1243 | 1933 | 2423 | 2724 | 2974 | 3181 |
| 7450.00 | 1247 | 1939 | 2430 | 2733 | 2983 | 3191 |
| 7500.00 | 1251 | 1945 | 2438 | 2741 | 2993 | 3201 |
| 7550.00 | 1255 | 1951 | 2446 | 2750 | 3002 | 3211 |
| 7600.00 | 1259 | 1957 | 2453 | 2758 | 3011 | 3220 |
| 7650.00 | 1263 | 1963 | 2461 | 2767 | 3020 | 3230 |
| 7700.00 | 1267 | 1969 | 2468 | 2775 | 3030 | 3240 |
| 7750.00 | 1271 | 1975 | 2476 | 2784 | 3039 | 3250 |
| 7800.00 | 1274 | 1981 | 2483 | 2792 | 3048 | 3259 |
| 7850.00 | 1278 | 1987 | 2491 | 2801 | 3057 | 3269 |
| 7900.00 | 1282 | 1992 | 2498 | 2810 | 3067 | 3279 |
| 7950.00 | 1286 | 1998 | 2506 | 2818 | 3076 | 3289 |
| 8000.00 | 1290 | 2004 | 2513 | 2827 | 3085 | 3298 |
| 8050.00 | 1294 | 2010 | 2521 | 2835 | 3094 | 3308 |
| 8100.00 | 1298 | 2016 | 2529 | 2844 | 3104 | 3318 |
| 8150.00 | 1302 | 2022 | 2536 | 2852 | 3113 | 3328 |
| 8200.00 | 1306 | 2028 | 2544 | 2861 | 3122 | 3337 |
| 8250.00 | 1310 | 2034 | 2551 | 2869 | 3131 | 3347 |
| 8300.00 | 1313 | 2040 | 2559 | 2878 | 3141 | 3357 |
| 8350.00 | 1317 | 2046 | 2566 | 2887 | 3150 | 3367 |
| 8400.00 | 1321 | 2052 | 2574 | 2895 | 3159 | 3376 |
| 8450.00 | 1325 | 2058 | 2581 | 2904 | 3168 | 3386 |
| 8500.00 | 1329 | 2064 | 2589 | 2912 | 3178 | 3396 |
| 8550.00 | 1333 | 2070 | 2597 | 2921 | 3187 | 3406 |
| 8600.00 | 1337 | 2076 | 2604 | 2929 | 3196 | 3415 |
| 8650.00 | 1341 | 2082 | 2612 | 2938 | 3205 | 3425 |
| 8700.00 | 1345 | 2088 | 2619 | 2946 | 3215 | 3435 |
| 8750.00 | 1349 | 2094 | 2627 | 2955 | 3224 | 3445 |
| 8800.00 | 1352 | 2100 | 2634 | 2963 | 3233 | 3454 |
| 8850.00 | 1356 | 2106 | 2642 | 2972 | 3242 | 3464 |
| 8900.00 | 1360 | 2111 | 2649 | 2981 | 3252 | 3474 |
| 8950.00 | 1364 | 2117 | 2657 | 2989 | 3261 | 3484 |
| 9000.00 | 1368 | 2123 | 2664 | 2998 | 3270 | 3493 |
| 9050.00 | 1372 | 2129 | 2672 | 3006 | 3279 | 3503 |
| 9100.00 | 1376 | 2135 | 2680 | 3015 | 3289 | 3513 |
| 9150.00 | 1380 | 2141 | 2687 | 3023 | 3298 | 3523 |
| 9200.00 | 1384 | 2147 | 2695 | 3032 | 3307 | 3532 |
| 9250.00 | 1388 | 2153 | 2702 | 3040 | 3316 | 3542 |

| Combined Monthly Available Income | One Child | Two Children | Three Children | Four Children | Five Children | Six Children |
|---|---|---|---|---|---|---|
| 9300.00 | 1391 | 2159 | 2710 | 3049 | 3326 | 3552 |
| 9350.00 | 1395 | 2165 | 2717 | 3058 | 3335 | 3562 |
| 9400.00 | 1399 | 2171 | 2725 | 3066 | 3344 | 3571 |
| 9450.00 | 1403 | 2177 | 2732 | 3075 | 3353 | 3581 |
| 9500.00 | 1407 | 2183 | 2740 | 3083 | 3363 | 3591 |
| 9550.00 | 1411 | 2189 | 2748 | 3092 | 3372 | 3601 |
| 9600.00 | 1415 | 2195 | 2755 | 3100 | 3381 | 3610 |
| 9650.00 | 1419 | 2201 | 2763 | 3109 | 3390 | 3620 |
| 9700.00 | 1422 | 2206 | 2767 | 3115 | 3396 | 3628 |
| 9750.00 | 1425 | 2210 | 2772 | 3121 | 3402 | 3634 |
| 9800.00 | 1427 | 2213 | 2776 | 3126 | 3408 | 3641 |
| 9850.00 | 1430 | 2217 | 2781 | 3132 | 3414 | 3647 |
| 9900.00 | 1432 | 2221 | 2786 | 3137 | 3420 | 3653 |
| 9950.00 | 1435 | 2225 | 2791 | 3143 | 3426 | 3659 |
| 10000.00 | 1437 | 2228 | 2795 | 3148 | 3432 | 3666 |

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____
Division: _____

_____,
                    Petitioner,
      and

_____,
                    Respondent.


# NOTICE OF FILING CHILD SUPPORT GUIDELINES WORKSHEET

PLEASE TAKE NOTICE, that *{name}*_____, is filing his/her Child

Support Guidelines Worksheet attached and labeled Exhibit 1.


# CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Filing with the Child Support Guidelines Worksheet was [**check all used**]: (   ) e-mailed (    ) mailed (   ) faxed (    ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____


_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____
Florida Bar Number: _____


Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)

- 13 -

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **1.** Present Net Monthly Income Enter the amount from line 27, Section I of Florida Family Law Rules of Procedure Form 12.902(b) or (c), Financial Affidavit. | | | |
| **2.** Basic Monthly Obligation There is (are) *{number}*_____ minor child(ren) common to the parties. Using the total amount from line 1, enter the appropriate amount from the child support guidelines chart. | | | |
| **3.** Percent of Financial Responsibility Divide the amount on line 1A by the total amount on line 1 to get Petitioner's percentage of financial responsibility. Enter answer on line 3A. Divide the amount on line 1B by the total amount on line 1 to get Respondent's percentage of financial responsibility. Enter answer on line 3B. | % | % | |
| **4.** Share of Basic Monthly Obligation Multiply the number on line 2 by the percentage on line 3A to get Petitioner's share of basic obligation. Enter answer on line 4A. Multiply the number on line 2 by the percentage on line 3B to Respondent's share of basic obligation. Enter answer on line 4B. | | | |
| **Additional Support — Health Insurance, Child Care & Other** | | | |

Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **5. a.** 100% of Monthly Child Care Costs<br>[Child care costs should not exceed the level required to provide quality care from a licensed source. See section 61.30(7), Florida Statutes, for more information.] | | | |
| **b.** Total Monthly Child(ren)'s Health Insurance Cost<br>[This is only amounts actually paid for health insurance on the child(ren).] | | | |
| **c.** Total Monthly Child(ren)'s Noncovered Medical, Dental and Prescription Medication Costs | | | |
| **d.** Total Monthly Child Care & Health Costs<br>[Add lines 5a + 5b +5c.] | | | |
| **6**. Additional Support Payments Multiply the number on line 5d by the percentage on line 3A to determine the Petitioner's share. Enter answer on line 6A. Multiply the number on line 5d by the percentage on line 3B to determine the Respondent's share.<br><br>Enter answer on line 6B. | | | |
| **Statutory Adjustments/Credits** | | | |
| **7**. **a.** Monthly child care payments actually made**.** | | | |
| **b.** Monthly health insurance payments actually made. | | | |

Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **c.** Other payments/credits actually made for any noncovered medical, dental and prescription medication expenses of the child(ren) not ordered to be separately paid on a percentage basis. (See section 61.30 (8), Florida Statutes.) | | | |
| **8**. Total Support Payments actually made (Add 7a though 7c.) | | | |
| **9. MINIMUM CHILD SUPPORT OBLIGATION FOR EACH PARENT** [Line 4 plus line 6; minus line 8.] | | | |
| **Substantial Time-Sharing (GROSS UP METHOD) If each parent exercises time-sharing at least 20 percent of the overnights in the year (73 overnights in the year), complete Nos. 10 through 21.** | | | |
| **10**. Basic Monthly Obligation x 150% [Multiply line 2 by 1.5] | | | |
| **11**. Increased Basic Obligation for each parent. Multiply the number on line 10 by the percentage on line 3A to determine the Petitioner's share. Enter answer on line 11A. Multiply the number on line 10 by the percentage on line 3B to determine the Respondent's share. Enter answer on line 11B. | | | |

Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **12.** Percentage of overnight stays with each parent. The child(ren) spend(s) _____overnight stays with the Petitioner each year. Using the number on the above line, multiply it by 100 and divide by 365. Enter this number on line 12A. The child(ren) spend(s) _____ overnight stays with the Respondent each year. Using the number on the above line, multiply it by 100 and divide by 365. Enter this number on line 12B. | % | % | |
| **13**. Parent's support multiplied by other Parent's percentage of overnights. [Multiply line 11A by line 12B. Enter this number in 13A. Multiply line 11B by line 12A. Enter this number in 13B.] | | | |
| **Additional Support — Health Insurance, Child Care & Other** | | | |
| **14. a.** Total Monthly Child Care Costs [Child care costs should not exceed the level required to provide quality care from a licensed source. See section 61.30(7), Florida Statutes, for more information.] | | | |
| **b.** Total Monthly Child(ren)'s Health Insurance Cost. [This is only amounts actually paid for health insurance on the child(ren).] | | | |
| **c.** Total Monthly Child(ren)'s Noncovered Medical, Dental and Prescription Medication Costs. | | | |
| **d.** Total Monthly Child Care & Health Costs [Add lines 14a + 14b + 14c.] | | | |

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **15**.  Additional Support Payments. Multiply the number on line 14d by the percentage on line 3A to determine the Petitioner's share. Enter answer on line 15A. Multiply the number on line 14d by the percentage on line 3B to determine the Respondent's share.  Enter answer on line 15B. | | | |
| **Statutory Adjustments/Credits** | | | |
| **16.  a.**  Monthly child care payments actually made. | | | |
| **b.**  Monthly health insurance payments actually made. | | | |
| **c.**  Other payments/credits actually made for any noncovered medical, dental and prescription medication expenses of the child(ren) not ordered to be separately paid on a percentage basis. [See section 61.30(8), Florida Statutes.] | | | |
| **17**.  Total Support Payments actually made [Add 16a though 16c.] | | | |
| **18**. Total Additional Support Transfer Amount [Line 15 minus line 17; enter any negative number as zero.] | | | |
| **19**.  Total Child Support Owed from Petitioner to Respondent [Add line 13A plus 18A.] | | | |
| **20.** Total Child Support Owed from Respondent to Petitioner. [Add line 13B plus line 18B.] | | | |

Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)

| CHILD SUPPORT GUIDELINES WORKSHEET | | | |
|---|---|---|---|
| | **A**. PETITIONER | **B.** RESPONDENT | TOTAL |
| **21. Presumptive Child Support to Be Paid.** [Comparing lines 19 and 20, Subtract the smaller amount owed from the larger amount owed and enter the result in the column for the parent that owes the larger amount of support.] | $ | | |

**ADJUSTMENTS TO GUIDELINES AMOUNT.**  If you or the other parent is requesting the Court to award a child support amount that is more or less than the child support guidelines, you must complete and file Motion to Deviate from Child Support Guidelines, Florida Supreme Court Approved Family Law Form 12.943.

 [check **one** only]
   a.  **____ Deviation from the guidelines amount is requested.**  The Motion to Deviate from Child Support Guidelines, Florida Supreme Court Approved Family Law Form 12.943, is attached.
   b.  **____ Deviation from the guidelines amount is NOT requested.**  The Motion to Deviate from Child Support Guidelines, Florida Supreme Court Approved Family Law Form 12.943, is not attached.

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the: *{choose only **one**}* ____ Petitioner ____ Respondent
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____,
*{city}* _____, *{state}* ____, *{zip code}* _____, *{telephone number}* _____

Florida Family Law Rules of Procedure Form 12.902(e), Child Support Guidelines Worksheet (04/22)